944 A.2d 76

**In the Matter of the NOMINATION PETITIONS OF Daniel DAVIS Candidate for Representative in the General Assembly District No. 38.**

**Appeal of Phillip Effland.**

Supreme Court of Pennsylvania.

April 3, 2008.

### ORDER

PER CURIAM.

AND NOW, this 11th day of April, 2008, the order of the Commonwealth Court is **AFFIRMED,** on the basis of Appellant's failure to personally serve Daniel Davis pursuant to the Commonwealth Court's order.